■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KENNERLY, Also Known as RUDOLPH BROWN, Appellant.— Judgment of the Supreme Court, Kings County, rendered September 25, 1972 affirmed (*People v. Rodger*, 28 A D 2d 625; *People v. Demers*, 42 A D 2d 634; *People v. Selikoff*, 41 A D 2d 376). Gulotta, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT HANS HENRY MEYER, Appellant.— Judgment of the Supreme Court, Queens County, rendered August 2, 1972, affirmed (CPL 470.05, subd. 1). Latham, Acting P. J., Shapiro, Cohalan, Christ and Munder, JJ., concur.